**E-FILED on**    9/5/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID LITMON, JR,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY; STEPHEN MAYBERG - DIRECTOR,<br><br>    Defendants. | No. C-09-02158 RMW<br><br>ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME<br><br>**[Re Docket No. 14]** |

On August 6, 2009, defendant Stephen Mayberg moved for summary judgment on all claims of Plaintiff David Litmon's ("Litmon") complaint. Litmon now requests an enlargement of time in which to file an opposition to the motion for summary judgment. Counsel for Mayberg has represented to the court that Mayberg does not oppose the enlargement of time. The court therefore grants Litmon's request. Litmon shall file his opposition to Mayberg's motion for summary judgment by January 8, 2010, and the hearing, presently set for October 16, 2009, is hereby continued to January 29, 2010.

DATED:     9/5/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

David Litmon, Jr.
32314 Ruth Court
Union City, CA 94587
PRO SE

**Counsel for Defendants:**

Stephen H. Schmid  stephen.schmid@cco.co.santa-clara.ca.us
Thomas A. Blake  tom.blake@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** _____9/5/09_____   _____JAS_____
**Chambers of Judge Whyte**