EDMUND G. BROWN JR.
Attorney General of California
TOM BLAKE
Deputy Attorney General
State Bar No. 51885
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5506
 Facsimile: (415) 703-5480
 E-mail: Tom.Blake@doj.ca.gov
*Attorneys for Defendant
Dr. Stephen W. Mayberg*

*E-FILED - 11/17/09*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **DAVID LITMON, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF SANTA CLARA, et al.,**<br><br>Defendants. | CV-09-02158-RMW<br>ORDER GRANTING<br>**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING MOTION**<br><br>Date: December 4, 2009<br>Time: 10:30 a.m.<br>Dept: 6, 4th Floor<br>Judge The Honorable Ronald M. Whyte<br><br>Action Filed: May 18, 2009 |

Moving defendant is Dr. Stephen Mayberg, the Director of the Department of Mental Health ("DMH"). A Case Management Conference is presently on calendar for December 4, 2009 at 10:30 p.m. At the plaintiff's request, the Court continued the Dr. Mayberg's Motion for Summary Judgment to January 29, 2010, date after the CMC. The moving defendant believes it highly likely that the summary judgment motion will be dispositive.

By this motion, the moving defendant respectfully request that the Case Management Conference be continued to a date after the summary judgment motion is decided. Moving defendant believes that the dispositive motion will render the Case Management Conference moot.

## GROUNDS FOR REQUEST

As noted, the defendant's Motion for Summary Judgment has been re-calendared for late January 2009 to accommodate plaintiff. Defendant respectfully submits that the interests of judicial economy and efficiency in litigation for the parties will be best served by continuing the Case Management Conference and the scheduling of Alternative Dispute Resolution until after the Court has decided the Motion to Dismiss.

The Court has the authority to modify the case management schedule. See, Civil L.R. 16-2(d). As moving defendant believes that the Rule 56 motion will be dispositive, he respectfully requests that the dispositive motion be heard before the Case Management Conference.

## CONCLUSION

For the reasons set out above, moving defendant respectfully requests that the Court continue the initial Case Management Conference from December 4, 2009 to February 19, 2010, or such other date after the Motion for Summary Judgment as may be convenient to the Court.

Dated: November 5, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

*/s/ Tom Blake*
TOM BLAKE
Deputy Attorney General
*Attorneys for Defendant*
*Dr. Stephen W. Mayberg*

| | |
|---|---|
| 1 | xxxxxxxxx **ORDER** |
| 2 | For good cause shown, the Court continues the initial Case Management Conference in |
| 3 | this matter to <u>　February 12　</u>, 2010. |
| 4 | **IT IS SO ORDERED.** |
| 5 | Dated: November <u>17</u>, 2009 |

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge