| | |
|---|---|
| 1 | MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)<br>MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814) |
| 2 | OFFICE OF THE COUNTY COUNSEL<br>70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California 95110-1770<br>Telephone: (408) 299-5900 |
| 4 | Facsimile: (408) 292-7240 |

Attorneys for Defendants
COUNTY OF SANTA CLARA, TIMOTHY RYAN, VIRGIL KING, DANIEL VASQUEZ, ERICA SMITH, and WILLIAM CARTER

*E-FILED - 1/14/10*

CATHERINE TYLER, ESQ. (S.B. #241439)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200

Attorney for Plaintiff
DAVID LITMON, JR.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | | |
|---|---|---|
| DAVID LITMON, JR., | ) | No. C00-20345 RMW |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | ) | |
| SANTA CLARA COUNTY et al., | ) | |
| Defendants. | ) | |

Plaintiff, David Litmon ("Plaintiff") and Defendants County of Santa Clara, Timothy Ryan, Virgil King, Daniel Vasquez, Erica Smith, and William Carter ("Defendants"), hereby stipulate and agree to a binding Court order as follows:

Whereas on March 28, 2000 Plaintiff filed a complaint.

Whereas during the Settlement Conference on November 13, 2009 the parties entered into a global settlement agreement involving Case Nos. C00-20345, C03-2054, and C09-2158.

Whereas Plaintiff hereby dismisses with prejudice his Complaint on file herein (C00-20345) against the County.

Whereas Plaintiff and Defendant agree to waive any claim for costs and/or attorneys' fees against one another.

IT IS SO STIPULATED:

GIBSON, DUNN & CRUTCHER LLP

Dated: January 8, 2010          By: _____/S/_____
                                     CATHERINE TYLER, ESQ.

Attorney for Plaintiff
DAVID LITMON, JR.


MIGUEL MÁRQUEZ
Acting County Counsel

Dated: January 8, 2010          By: _____/S/_____
                                     MELISSA R. KINIYALOCTS
                                     Lead Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
TIMOTHY RYAN, VIRGIL KING,
DANIEL VASQUEZ, ERICA SMITH, and
WILLIAM CARTER

**ORDER**

IT IS SO ORDERED.

Dated: 1/14/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge

235668.wpd