MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, TIMOTHY RYAN, VIRGIL KING, DANIEL VASQUEZ, ERICA SMITH, and WILLIAM CARTER

*E-FILED - 1/14/10*

CATHERINE TYLER, ESQ. (S.B. #241439)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone:  (415) 393-8200

Attorney for Plaintiff
DAVID LITMON, JR.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| DAVID LITMON, JR., <br><br> Plaintiff, <br><br> v. <br><br> SANTA CLARA COUNTY et al., <br><br> Defendants. | No.   C00-20345 RMW <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff, David Litmon ("Plaintiff") and Defendants County of Santa Clara, Timothy Ryan, Virgil King, Daniel Vasquez, Erica Smith, and William Carter ("Defendants"), hereby stipulate and agree to a binding Court order as follows:

Whereas on March 28, 2000 Plaintiff filed a complaint.

Whereas during the Settlement Conference on November 13, 2009 the parties entered into a global settlement agreement involving Case Nos.  C00-20345, C03-2054, and C09-2158.

1   Whereas Plaintiff hereby dismisses with prejudice his Complaint on file herein (C00-
2   20345) against the County.
3   Whereas Plaintiff and Defendant agree to waive any claim for costs and/or attorneys' fees
4   against one another.
5   IT IS SO STIPULATED:

GIBSON, DUNN & CRUTCHER LLP

Dated: January 8, 2010         By:        /S/
                                    CATHERINE TYLER, ESQ.

                               Attorney for Plaintiff
                               DAVID LITMON, JR.


                               MIGUEL MÁRQUEZ
                               Acting County Counsel

Dated: January 8, 2010         By:        /S/
                                    MELISSA R. KINIYALOCTS
                                    Lead Deputy County Counsel

                               Attorneys for Defendants
                               COUNTY OF SANTA CLARA,
                               TIMOTHY RYAN, VIRGIL KING,
                               DANIEL VASQUEZ, ERICA SMITH, and
                               WILLIAM CARTER

**ORDER**

IT IS SO ORDERED.

Dated: 1/14/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge

235668.wpd