**E-FILED on** 2/22/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID LITMON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>Defendants. | No. C-09-02158 RMW<br><br>ORDER INVITING FURTHER BRIEFING<br><br>**[Re Docket No. 10]** |

Plaintiff David Litmon, Jr. ("Litmon"), proceeding *pro se* in this matter, filed suit against defendants Santa Clara County ("the County") and Stephen Mayberg ("Mayberg") under 42 U.S.C. § 1983, alleging violations of his Fourth and Fourteenth Amendment rights. Pursuant to a settlement agreement, Litmon dismissed his claim against the County with prejudice. Mayberg now moves for summary judgment based on: (1) lack of factual allegations showing personal participation, (2) quasi-legislative immunity, (3) quasi-prosecutorial immunity, (4) compliance with the SVPA with a procedurally improper standardized assessment protocol, (5) lack of harm to plaintiff even if there was no standardized assessment protocol, (6) lack of subject matter jurisdiction under the *Rooker-Feldman* doctrine, and (7) the statute of limitations.

Based on a preliminary review of the papers and having heard the arguments of the parties on January 29, 2010, it appears that qualified immunity may be a dispositive issue in this case.

ORDER INVITING FURTHER BRIEFING—No. C-09-02158 RMW
CCL

However, the parties have not briefed the issue of qualified immunity. Accordingly, the court invites briefing on this issue to be filed by Mayberg no later than April 19, 2010. If Litmon wishes to respond, he may do so by filing a response within fourteen days of his receipt of any briefing filed by Mayberg. The court defers ruling on the summary judgment motion pending further briefing on this issue.

DATED: 2/22/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

**Plaintiff:**

David Litmon, Jr.
32314 Ruth Court
Union City, CA 94587

**Counsel for Defendant:**

Thomas A. Blake   tom.blake@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/22/10     CCL
                      **Chambers of Judge Whyte**