MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
STEPHEN H. SCHMID, Deputy County Counsel (S.B. #078055)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

*E-FILED - 4/14/10*

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | | |
|---|---|---|
| DAVID LITMON, JR., | ) | No.   CV 09-02158 RMW |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | ) ) | |
| SANTA CLARA COUNTY, STEPHEN MAYBERG-DIRECTOR, | ) ) ) | |
| Defendants. | ) ) | |

    Plaintiff, David Litmon ("Plaintiff") and Defendant County of Santa Clara ("County"), hereby stipulate and agree to a binding Court order as follows:

    Whereas on May 18, 2009 Plaintiff filed a complaint.

    Whereas on September 4, 2009 the County filed a Motion to Dismiss.

    Whereas during the Settlement Conference on November 13, 2009 the parties entered into a global settlement agreement involving Case Nos. C00-20345, C03-2054, and C09-2158.

    Whereas Plaintiff hereby dismisses with prejudice his Complaint on file herein (C09-02158 against the County.

    Whereas Plaintiff and Defendant agree to waive any claim for costs and/or attorneys' fees against one another.

/ /

/ /

IT IS SO STIPULATED:

Dated: January ___, 2010

By: _____
DAVID LITMON, JR.

Plaintiff in Pro Per

MIGUEL MÁRQUEZ
Acting County Counsel

Dated: January 20, 2010

By: _____/S/_____
STEPHEN H. SCHMID
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

## ORDER

IT IS SO ORDERED:

Dated: 4/14/10

*Ronald M. Whyte*
RONALD M. WHYTE
Judge, U.S. District Court

235487.wpd