**E-FILED on**    5/6/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID LITMON, JR.,<br><br>          Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>          Defendants. | No. C-09-02158 RMW<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR ENLARGEMENT OF TIME<br><br>**[Re Docket No. 58]** |

On February 22, 2010, the court issued an order inviting briefing on the issue of qualified immunity. On April 19, 2010, defendant Stephen Mayberg filed supplemental briefing on this issue. Plaintiff David Litmon, Jr., proceeding *pro se* in this matter, seeks an extension of time to file his response in order to allow him sufficient time to conduct research and prepare a response. The court hereby grants his request. Litmon shall have until May 10, 2010 to file his response on the issue of qualified immunity.

DATED:     5/6/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING PLAINTIFF'S REQUEST FOR ENLARGEMENT OF TIME—No. C-09-02158 RMW
CCL

United States District Court
For the Northern District of California

1 | **Notice of this document has been sent to:**

2 | **Plaintiff:**

3 | David Litmon, Jr.
32314 Ruth Court
4 | Union City, CA 94587

5 | **Counsel for Defendant:**

6 | Thomas A. Blake          tom.blake@doj.ca.gov

7

8 | Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

9

10

11 | **Dated:**   5/6/10                              CCL
                                        **Chambers of Judge Whyte**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING PLAINTIFF'S REQUEST FOR ENLARGEMENT OF TIME—No. C-09-02158 RMW
CCL                                               2