**E-FILED on**    8/9/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID LITMON, JR., | No. C-09-02158 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| SANTA CLARA COUNTY, et al., | |
| Defendants. | |

    On August 9, 2010, the court dismissed this action in its entirety. Therefore, it is hereby adjudged that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendants.

DATED:    8/9/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-02158 RMW
CCL